U.S. MAGISTRATE JUDGE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT WASHINGTON
AT SEATTLE

ALEXANDER PAYNTER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CIVIL NO. 3:19-CV-05850-MLP

AGREED ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the Motion of the Plaintiff, it appearing that Katherine Wilson, Office of General Council, has no objection to the motion, and good cause appearing, Now, Therefore,

IT IS HEREBY ORDERED that this matter is dismissed.

Dated this 7th day of January, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

**Crandall, O'Neill, Imboden & Styve, P.S.**
**Attorneys at Law**
**1447 Third Avenue, Suite A / Box 336**
**Longview, WA 98632**
**360 425 4470 - Fax 360 425 4477**

| | |
|---|---|
| Presented by: | Plaintiff's Motion Unopposed and Entry of Order Agreed to: |
| | |
| *Tom O'Neill* | *Per telephone approval* |
| _____ | _____ |
| TOM O'NEILL  WSBA #9363 | KATHERINE WATSON |
| Attorney for Plaintiff | Office of General Council |

**Crandall, O'Neill, Imboden & Styve, P.S.**
**Attorneys at Law**
**1447 Third Avenue, Suite A / Box 336**
**Longview, WA  98632**
**360 425 4470 - Fax 360 425 4477**